MHN

**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

08cv1982
JUDGE DARRAH
MAG.JUDGE SCHENKIER

**Plaintiff(s):** CORNELIUS DONALD WINFREY

**Defendant(s):** COOK COUNTY DEPARTMENT OF CORRECTION MAILROOM

**County of Residence:** PERRY

**County of Residence:**

**Plaintiff's Address:**

Cornelius Donald Winfrey
B-03797
Pinckneyville - PCC
P.O. Box 999
Pinckneyville, IL 62274

**Defendant's Attorney:**

FILED
J N
APR X 8 2008
4-8-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**

- ☐ 1. U.S. Government Plaintiff
- ☑ 3. Federal Question (U.S. gov't. not a party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

**Origin:**

- ☑ 1. Original Proceeding
- ☐ 5. Transferred From Other District
- ☐ 2. Removed From State Court
- ☐ 6. MultiDistrict Litigation
- ☐ 3. Remanded From Appellate Court
- ☐ 7. Appeal to District Judge from Magistrate Judgment
- ☐ 4. Reinstated or Reopened

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ☑ No

**Signature:** A. E. Woodham **Date:** 04/08/2008

Darrah 07C 4354
Schenkier