UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

APR - 8 2008
APR 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Cornelius Donald Winfrey

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Department of Correction Mail Room

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case 08cv1982
(To JUDGE DARRAH
MAG. JUDGE SCHENKIER

**CHECK ONE ONLY:**

✗  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

___  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Cornelius Donald Winfrey
   B. List all aliases: None
   C. Prisoner identification number: 20060042615
   D. Place of present confinement: Cook County dept of Correction
   E. Address: 2600 So. California Ave Chicago Ill 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: The mail Room of cook county department of correction
      Title: Mail Room Handlers
      Place of Employment: Cook County dept of Correction

   B. Defendant: _____
      Title: _____
      Place of Employment: _____

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: THe mailRoom ofCook County depARtment of CorRection

B. Approximate date of filing lawsuit. Dec. 5, 2007

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Cornelius D. Winfrey

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): UNited States DistRict Court

F. Name of judge to whom case was assigned: JoHN W. DArRAH

G. Basic claim made: to received & send out Regular, legal mail without ANy hassels

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I've Writtening grievances in regards of the Cook County Department of Correctional Officers & mail Room. on 5/03/07 I've written-ing grievances on c/o Hickman (AM 7-3 PM) for refusing to pass out the mail on 4-23-07 that the 11-7 Shift (PM AM) c/o Casale found the mail in the desk draw and c/o Casale passed the mail out at breakfast time on 4-24-07. On 4-30-07 c/o DAbrawsi open my in my presence between 3:30-45. I've gotten legal mail in my presence from c/o skhak on 7/20/07 at 4:30pm. I've also gotten 2 pieces of legal mail open in my presence 9/17/07 from Sgt Barton at 9:49pm. on 11/14/07, 7-3 shift (AM PM) c/o LeDonne was suppose to present me with 2 pieces of legal mail but Superintendent ANDERSON open my legal mail at 3:45 pm. I also having problems when my family and

friends send me mail or money orders It's returned back to the sender. I also shouldn't have to write the UNITED STATES DISTRICT COURTS, Claims ADMINISTRATOR or any other legal services 2 or 3 Times. I also shouldn't have to send my legal mail out to my family and friends to have them to forwarded my legal mail to its proper addresses more than 3 times. My mail & legal mail should come in and go out freely through the Cook County Department of Correctional Center without any Hassels.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated for the time that Cook County Department of Correction didn't send my mail out properly.

VI.  The plaintiff demands that the case be tried by a jury.  ☐ YES  ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 5TH day of Dec, 2007

Cornelius Donald Winfrey
(Signature of plaintiff or plaintiffs)

Cornelius Donald Winfrey
(Print name)

B03797
(I.D. Number)

P.O. Box 999
Pinckneyville, Illinois
62274-0999
(Address)

6

Revised 9/2007