

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1982 | 6-30-08 **DATE** | 6-30-08 |
| **CASE TITLE** | Cornelius Donald Winfrey (B-03797) v. Cook County Department of Corrections Mailroom | | |

**DOCKET ENTRY TEXT:**

On 4/29/08, the Court granted Plaintiff leave to submit an amended complaint within 30 days. Having failed to receive a response, the Court dismisses this action in its entirety. Plaintiff remains responsible for paying the filing fee as directed in the Court's order of 4/29/08. The Court directs the Clerk to enter judgment accordingly.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

U.S. DISTRICT COURT CLERK
2008 JUL -3 AM 5:00
FILED-EDI