


UNITTED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUL 1 0 2008 *aew*

Jul 10, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CORNELIUS DONALD WINFREY #B03797          )
                                          )
     PLAINTIFF                            )
                                          )          HONORABLE JUDGE
          VS.                             )          JOHN W. DARRAH
                                          )
COOK COUNTY DEPT. OF CORRECTIONS          )
                                          )
     MAIL ROOM HANDLERS                   )          #08C1982
                                          )
     DEFENDANTS                           )          08cv1982
                                          )

<u>MOTION TO COMPEL DISCOVERY TO AVOID PROCEDVAL DEFULT</u>

NOW COMES,PLAINTIFF <u>CORNELIUS WINFREY</u>, PROSE,MOVING THIS HONORABLE COURT TO

COMPEL DEFENDANT'S TO RETURN NAMES OF APPLICABLE DEFENDANT RELEVANT TO THESE

INSTANT PROCEEDING TO AVOID A (ANY) PROCEDURAL DEFAULT WHERE SUCH KNOWLEDGE

AND INFORMATION IS WITHIN THEIR POSSESSION  AND WITHOUT WHICH PLAINTIFF WILL

BE PREJIDICED. IN SUPPORT THEREOF PLAINTIFF STATES AS FOLLOWS

1   plaintiff is presently enbroilded in controversy in his attempts to demonstrate
    that defenants at all times relevant,knew of the substantial risk, and took no
    action to prevent his substantial injury by corrective process.

2   Plaintiff maintains that on ( JAN 17, 2008 ), Communcation letter was directed
    to the county corrections, Division, C/O  Both director of division one (1)
    or desegnate and social worker dean, At 2600 so California Chicago Illinois
    60608, In accordance with appicable local rule 3.3 et, seq of united states
    District court, Northeastern Division Illinois, Requesting completeion and
    production of certain documents.

3   A copy of said letter are hereby attached as, Exhebits (A) and (B), and
    Incorporated herein.

4   Plaintiff remains without a (any) response whatsoever regarding answer
    to questions from both directors of division one (1) County jail or social worker
    Dean, And will be irreparably prejudiced W/O this request for compliance
    with requested information that is part of their daily records at jail.

I CORNELIUS WINFREY SWEAR UNDER PENALY OF PERJURY I SERVED ALL THE ATTACHED DOCUMENTS TO DANIEL J,FAHLGREN ASSISTANT STATE'S ATTORNEY CIVIL ACTION BUREAU.500 RICHARD J,DALEY CENTER CHICAGO,ILLINOIS 60602 (312) 630-3304  #6201163

CORNELIUS WINFREY #B03797
PINCKNEYVILLE C.C.
P.O. BOX 999
PINCKNEYVILLE,ILLINOIS
62274-0999
5/13/08

5 Plaintiff cites as authority for this requset both federal R. Criminal proc.

Rule 16, Citing BRADY V. MARYLAND

373 US. 83, 10. 1. ed 2d 215, 83 s.   ( CT 1194) (1963) And it's progenies

for proposition against withholding by state of exculpatory' Documents

and respectfully moves for this honorable court issue & direct that an order

compelling production of mail room supervisor and the mail room handelers,

Division one (1) Cook County department of corrections,

Forthwith.

WHEREFORE BASED ON THE FOREGOING IT IS ORDERED THAT THE REQUEST FOR THE

NAMES OR THE IDENTITY OF ADDITIONALS DEFENDANTS BE RETURNED TO PLAINTIFF

AT HIS PRISON ADDRESS .

Cornelius Winfrey

Reg # B-03797

PO. BOX 999

Pinckneyville Illinois    62274

5/13/08

I CORNELIUS WINFREY SWEAR UNDER PENALY OF PERJURY I SERVED ALL THE ATTACHED DOCUMENTS TO
DANIEL J,FAHLGREN ASSISTANT STATE'S ATTORNEY CIVIL ACTION BUREAU.500 RICHARD J,DALEY CENTER
CHICAGO,ILLINOIS 60602 (312) 630-3304  #6201163

CORNELIUS WINFREY #003797
PINCKNEYVILLE C.C.
P.O. BOX 999
PINCKNEYVILLE,ILLINOIS
62274-0999

5/13/08

## AFFIDAVIT

I, _Cornelius Winfrey_, being duly sworn do repose and state that the attached _Motion to Compel_ is true and correct in substance and fact to the best of my knowledge.

/s/ _Cornelius Winfrey_
Petitioner
# _B03797_
_Pinckneyville_ Correctional Center
_P.O. Box 999_
_Pinckneyville_, Illinois _62274_

Subscribed and sworn to before me this ____ day of _July 7th_, 200_8_.

_Chalene Whitley_
Notary Public

_3/3/09_
Expiration of Commission

> OFFICIAL SEAL
> CHALENE A WHITLEY
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:03/03/09

## NOTICE OF FILING

_Clerk of the u.s. Distr. Court_

TO: _Prisoner Corresp_    TO: _____    TO: _____
_519 South_
_Dearborn Street_
_Chicago Illinois_
_60604_

Please take notice on _July 7th_, 200_8_, I filed with _United States District_ Court the attached _Motion to Compel_, copy(ies) of which are served on you.

/s/ _Cornelius Winfrey_

---

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS )
                   )
COUNTY OF _Perry_ )

I, _Cornelius Winfrey_, being sworn state that I served the attached notice on the above named person(s) by placing a true and correct copy in an envelope(s), addressed as shown above, with the proper U.S. postage on each and deposited the envelope(s) in the U.S. Mail at _Pinckneyville_, Illinois, _62274_, on or about the hour of ____ on _July 7th_, 200_8_.

/s/ _Cornelius Winfrey_

Revised Jan 2002

I CORNELIUS WINFREY,SWEAR UNDER PENALY OF PERJURY THAT I SERVED ALL THE ATTACHED DOCUMENTS TO DANIEL J,FAHLGREN ASSISTANT STATE'S ATTORNEY CIVIL BUREAU 500 RICHARD J,DALEY CENTER, CHICAGO,ILLINOIS 60602 (312)630-3304    #6201163

CORNELIUS WINFREY #B03797
P.O.BOX 999
PINCKNETVILLE,ILLINOIS
62274-0999

7/3/08