UNITED STATES DISTRICT COURT
FOR THE *Northern* DISTRICT OF ILLINOIS

**F I L E D**
Jul 31. 2008
JUL 3 1 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Cornelius Winfrey #B03797* )
         **PETITIONER** )
                              )
VS.                      )
*Cook County Department* )
*of Corrections Mailroom,* )
         **RESPONDENT** )

NOTICE OF APPEAL.
CASE NO. *08-C-1982*

*08 cv 1982*

## NOTICE OF APPEAL

Notice is hereby given that *Cornelius Winfrey*, above named, appeals to the United
States Court of Appeals for the *7th* Circuit from the *Decision of the United*
*States District Court Northern District of Illinois, Dismissing*
*Said action for Want of Prosecution*

_____

(attach extra page if necessary)
entered in this action on *June 30th 2008* .

Respectfully Submitted,
/s/ *Cornelius Winfrey*

Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1982 | 6-38-08 **DATE** | 6-30-08 |
| **CASE TITLE** | Cornelius Donald Winfrey (B-03797) v. Cook County Department of Corrections Mailroom | | |

### DOCKET ENTRY TEXT:

On 4/29/08, the Court granted Plaintiff leave to submit an amended complaint within 30 days. Having failed to receive a response, the Court dismisses this action in its entirety. Plaintiff remains responsible for paying the filing fee as directed in the Court's order of 4/29/08. The Court directs the Clerk to enter judgment accordingly.

Docketing to mail notices.

U.S. DISTRICT COURT
CLERK

2008 JUL -3 AM 5: 00
FILED-EDI

| | | Courtroom Deputy Initials: | CLH |
|---|---|---|---|