UNITED STATES DISTRICT COURT
FOR THE _Northern_ DISTRICT OF ILLINOIS

F I L E D
Jul 31, 2008
JUL 3 1 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Cornelius Winfrey Reg #B03797 )
                    PETITIONER )
vs.                            )   NOTICE OF APPEAL
Cook County Department         )   CASE NO. 08-C-1982
Of Corrections Mailroom,       )
                               )   08cv1982
                    RESPONDENT )

## NOTICE OF APPEAL

Notice is hereby given that _Cornelius Winfrey_, above named, appeals to the United States Court of Appeals for the _7th_ Circuit from the _Decision of the United States District Court Northern District of Illinois, Dismissing Said action for Want of Prosecution_

(attach extra page if necessary)
entered in this action on _June 30th, 2008_.

Respectfully Submitted,
/s/ _Cornelius Winfrey_

Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1982 | 6-30-08 DATE | 6-30-08 |
| CASE TITLE | Cornelius Donald Winfrey (B-03797) v. Cook County Department of Corrections Mailroom | | |

**DOCKET ENTRY TEXT:**

On 4/29/08, the Court granted Plaintiff leave to submit an amended complaint within 30 days. Having failed to receive a response, the Court dismisses this action in its entirety. Plaintiff remains responsible for paying the filing fee as directed in the Court's order of 4/29/08. The Court directs the Clerk to enter judgment accordingly.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

FILED-CDI
2008 JUL -3 AM 5:00
U.S. DISTRICT COURT
CLERK

Page 1 of 1

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 08cv1982

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Cornelius Donald Winfrey/Appellant | | Cook County Department of Corrections Mailroom/Appellee |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Cornelius Donald Winfrey (ProSe) | Name | |
| Firm | B-03797 | Firm | |
| Address | Pinckneyville - PCC<br>P.O. Box 999<br>Pinckneyville, IL 62274 | Address | |
| Phone | | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Darrah | Date Filed in District Court | 4/29/2008 |
| Court Reporter | V. Harris    Ext. 6891 | Date of Judgment | 7/8/2008 |
| Nature of Suit Code | | Date of Notice of Appeal | 7/31/2008 |

COUNSEL:   Appointed [ ]   Retained [ ]   Pro Se [X]

FEE STATUS:   Paid [ ]   Due [ ]   IFP [X]
              IFP Pending [ ]   U.S. [ ]   Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

   Granted [ ]        Denied [ ]        Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).    Rev 04/01**



## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1982 | DATE | 6-30-08 |
| CASE TITLE | Cornelius Donald Winfrey (B-03797) v. Cook County Department of Corrections Mailroom | | |

**DOCKET ENTRY TEXT:**

On 4/29/08, the Court granted Plaintiff leave to submit an amended complaint within 30 days. Having failed to receive a response, the Court dismisses this action in its entirety. Plaintiff remains responsible for paying the filing fee as directed in the Court's order of 4/29/08. The Court directs the Clerk to enter judgment accordingly.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

APPEAL, PC, SCHENKIER, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-01982
### Internal Use Only

| | |
|---|---|
| Winfrey v. Cook County Department of Corrections Mailroom et al | Date Filed: 04/29/2008 |
| | Date Terminated: 06/30/2008 |
| Assigned to: Honorable John W. Darrah | Jury Demand: None |
| Cause: 42:1983 Prisoner Civil Rights | Nature of Suit: 555 Civil Rights (Prison Condition) |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Cornelius Donald Winfrey**    represented by    **Cornelius Donald Winfrey**
B-03797
Pinckneyville - PCC
P.O. Box 999
Pinckneyville, IL 62274
PRO SE

V.

**Defendant**

**Cook County Department of Corrections Mailroom**

**Service List**    represented by    **Prisoner Correspondence - Internal Use Only**
Email: Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2008 | 1 | RECEIVED Complaint and no copies by Cornelius Donald Winfrey. (kjc, ) (Entered: 04/09/2008) |
| 04/08/2008 | 2 | CIVIL Cover Sheet. (kjc, ) (Entered: 04/09/2008) |
| 04/08/2008 | 3 | APPLICATION by Plaintiff Cornelius Donald Winfrey for leave to proceed in forma pauperis. (Exhibit) (kjc, ) (Entered: 04/09/2008) |
| 04/08/2008 | 4 | POST MARKED envelope for initiating document by Cornelius Donald Winfrey (Document not scanned) (aew, ) (Entered: 04/10/2008) |

| | | |
|---|---|---|
| 04/29/2008 | 5 | MINUTE entry before Judge Honorable John W. Darrah: Plaintiff's motion for leave to file in forma pauperis 3 is granted. The Court orders the trust fund officer to deduct $6.98 from plaintiff's account for payment to the Clerk of Court as an initial partial filing fee. The Clerk shall send a copy of this order to the trust fund officer at Pinckneyville Correctional Center. The Court dismiss the complaint without prejudice. Plaintiff is given 30 days from the date of this order to submit an amended complaint. If Plaintiff does not timely comply with this order, this case shall be dismissed. However, Plaintiff will still be responsible for paying the filing fee. The Clerk shall send Plaintiff one copy of the amended civil rights complaint form, instructions for filing, and a copy of this order. Mailed notices (gcy, ) (Entered: 04/30/2008) |
| 04/29/2008 | 6 | COMPLAINT filed by Cornelius Donald Winfrey. (gcy, ) (Entered: 04/30/2008) |
| 04/30/2008 | | MAILED copy of order dated 4/29/08; amended complaint form; instructions for filing. (gcy, ) (Entered: 04/30/2008) |
| 04/30/2008 | | MAILED copy of order dated 4/29/08 Trust Fund Officer, Pinckneyville Correctional Center. (gcy, ) (Entered: 04/30/2008) |
| 06/30/2008 | 7 | MINUTE entry before the Honorable John W. Darrah: On 4/29/08, the Court granted Plaintiff leave to submit an amended complaint within 30 days. Having failed to receive a response, the Court dismisses this action in its entirety. Plaintiff remains responsible for paying the filing fee as directed in the Court's order of 4/29/08. The Court directs the clerk to enter judgment accordingly. Civil case terminated. Mailed notices (gcy, ) (Entered: 07/08/2008) |
| 07/10/2008 | 8 | MOTION by plaintiff Cornelius Donald Winfrey to compel discovery to avoid procedural default. (mjc, ) (Entered: 07/15/2008) |
| 08/19/2008 | 9 | NOTICE of appeal by Cornelius Donald Winfrey regarding orders 7 . (IFP) (gej, ) (Entered: 08/19/2008) |