# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 19, 2008

**FILED**
**AUGUST 19, 2008**
TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-3116
>
> Caption:
> CORNELIUS DONALD WINFREY,
> Plaintiff - Appellant
>
> v.
>
> COOK COUNTY DEPARTMENT OF CORRECTIONS MAILROOM,
> Defendant - Appellee

> District Court No: 1:08-cv-01982
> Court Reporter Valerie Harris
> Clerk/Agency Rep Michael Dobbins
> District Judge John Darrah
>
> Date NOA filed in District Court: 07/31/2008

If you have any questions regarding this appeal, please call this office.

CC:

Valerie Harris

Michael W. Dobbins

form name: **c7_Docket_Notice_short_form** (form ID: **188**)

Case 1:08-cv-01982 Document 42 Filed 08/19/2008 Page 2 of 2