

# United States District Court
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

312-435-5670

August 29, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Winfrey v. Cook County Department of Corrections Mailroom et al

U.S.D.C. DOCKET NO. : 08cv1982

U.S.C.A. DOCKET NO. : 08-3116

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

 VOLUME(S) OF PLEADING(S)                          1 Volume of Pleadings

 VOLUME(S) OF TRANSCRIPT(S)

 VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                                       Very truly yours,

                                                       Michael W. Dobbins, Clerk

                                                       By:_____
                                                          G. Jones, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

1 Volume of Pleadings

In the cause entitled: Winfrey v. Cook County Department of Corrections Mailroom et al

USDC NO.   : 08cv1982

USCA NO.   : 08-3116

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 29th day of August 2008.

        MICHAEL W. DOBBINS, CLERK

        By: _____
           G. Jones, Deputy Clerk

APPEAL, PC, SCHENKIER, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-01982
### Internal Use Only

Winfrey v. Cook County Department of Corrections Mailroom et al
Assigned to: Honorable John W. Darrah
Case in other court: 08-03116
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 04/29/2008
Date Terminated: 06/30/2008
Jury Demand: None
Nature of Suit: 555 Civil Rights (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

**Cornelius Donald Winfrey**    represented by  **Cornelius Donald Winfrey**
B-03797
Pinckneyville - PCC
P.O. Box 999
Pinckneyville, IL 62274
PRO SE

V.

**Defendant**

**Cook County Department of Corrections Mailroom**

Service List    represented by  **Prisoner Correspondence - Internal Use Only**
Email:
Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2008 | 1 | RECEIVED Complaint and no copies by Cornelius Donald Winfrey. (kjc, ) (Entered: 04/09/2008) |
| 04/08/2008 | 2 | CIVIL Cover Sheet. (kjc, ) (Entered: 04/09/2008) |
| 04/08/2008 | 3 | APPLICATION by Plaintiff Cornelius Donald Winfrey for leave to proceed in forma pauperis. (Exhibit) (kjc, ) (Entered: 04/09/2008) |
| 04/08/2008 | 4 | POST MARKED envelope for initiating document by Cornelius Donald Winfrey (Document not scanned) (aew, ) (Entered: 04/10/2008) |

| | | |
|---|---|---|
| 04/29/2008 | 5 | MINUTE entry before Judge Honorable John W. Darrah: Plaintiff's motion for leave to file in forma pauperis 3 is granted. The Court orders the trust fund officer to deduct $6.98 from plaintiff's account for payment to the Clerk of Court as an initial partial filing fee. The Clerk shall send a copy of this order to the trust fund officer at Pinckneyville Correctional Center. The Court dismiss the complaint without prejudice. Plaintiff is given 30 days from the date of this order to submit an amended complaint. If Plaintiff does not timely comply with this order, this case shall be dismissed. However, Plaintiff will still be responsible for paying the filing fee. The Clerk shall send Plaintiff one copy of the amended civil rights complaint form, instructions for filing, and a copy of this order. Mailed notices (gcy, ) (Entered: 04/30/2008) |
| 04/29/2008 | 6 | COMPLAINT filed by Cornelius Donald Winfrey. (gcy, ) (Entered: 04/30/2008) |
| 04/30/2008 | | MAILED copy of order dated 4/29/08; amended complaint form; instructions for filing. (gcy, ) (Entered: 04/30/2008) |
| 04/30/2008 | | MAILED copy of order dated 4/29/08 Trust Fund Officer, Pinckneyville Correctional Center. (gcy, ) (Entered: 04/30/2008) |
| 06/30/2008 | 7 | MINUTE entry before the Honorable John W. Darrah: On 4/29/08, the Court granted Plaintiff leave to submit an amended complaint within 30 days. Having failed to receive a response, the Court dismisses this action in its entirety. Plaintiff remains responsible for paying the filing fee as directed in the Court's order of 4/29/08. The Court directs the clerk to enter judgment accordingly. Civil case terminated. Mailed notices (gcy, ) (Entered: 07/08/2008) |
| 07/10/2008 | 8 | MOTION by plaintiff Cornelius Donald Winfrey to compel discovery to avoid procedural default. (mjc, ) (Entered: 07/15/2008) |
| 07/31/2008 | 9 | NOTICE of appeal by Cornelius Donald Winfrey regarding orders 7 . (IFP) (gej, ) (Entered: 08/19/2008) |
| 08/19/2008 | 10 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 9 . Notified counsel (gej, ) (Entered: 08/19/2008) |
| 08/19/2008 | 11 | NOTICE of Appeal Due letter sent to counsel of record. (gej, ) (Additional attachment(s) added on 8/19/2008: # 1 Due Letter) (gej, ). (Entered: 08/19/2008) |
| 08/19/2008 | 12 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 9 ; USCA Case No. 08-3116. (gcy, ) (Entered: 08/20/2008) |
| 08/19/2008 | 13 | PLRA FEE NOTICE; USCA Case No. 08-3116. (gcy, ) (Entered: 08/20/2008) |

KEY

All items are included in this record. (or)
All cross out items are not included in the record.
S/C: These items are sent under a separate certificate.
N/A: These items are not available.