Winfrey v. Cook County
Department of Corrections Mailroom et al

**08cv1982**

Cornelius D. Winfrey
Reg# B03797
Pinckneyville, Illinois
62274-0999
AUG 25th 2008

Motion For Extension of time

Michael W. Dobbins
Clerk of U.S. Dist Court
219 So Dearborn St
Chicago, Illinois 60604

**F I L E D** LCW
AUG 2 9 2008
AUG 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear MR. Dobbins:
    I am in receipt of the order of
AUG. 19th, 2008, I did not receive it untill
the 25th, of AUG 2008, Concerning the record
on appeal. I am forwarding what documents
I do have. I have no transcripts in this matter.
If any exist, Please forward any such records
you may have or then what I am sending you.
attached hereto is a list of all documents
and papers I have in this matter. I do not
access to a copy machine at this time.
Therefore I cannot provide opposing
party a copy of this letter, list, and
attach documents.
        Thanking you in advance for
any help advice or consideration in this
most urgent matter

Respectfully yours
Cornelius D. Winfrey

List of Documents
Plaintiff Can provide
for the record on appeal

1. Inital 1983 Law suit w/exhibits to Support Claims
2. Application to sue or defend as a Poor person
3. 4 Copies of Letter I received from Lawyers seeking assistance.
4. Copies of Envelopes indicating the mistHandling of Legal mail
5. Appointment of Counsel
6. motion to Compel.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Cornelius
Donald
Winfrey

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County
Department OF
Correction
mail Room

Case No: 08C1982
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

___X___ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name: CORNELius DONA(d Winfrey

B.    Date of Birth: MARCh 20, 1960

C.    List all aliases: NONe

D.    Prisoner identification number: B63797

E.    Place of present confinement: P.O. Box 999 Pinckneyville C.C

F.    Address: Pinckney, Illinois

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Supervisor over mailroom Handlers

Title: mailRoom Supervisor I

Place of Employment: Cook County dept. of Corrections

B.    Defendant: Supervisor over mailroom Handlers

Title: MailRoom Handler Supervisor II

Place of Employment: Cook County dept of Corrections

C.    Defendant: mailRoom Handler Officers

Title: Officer of mailroom Handlers

Place of Employment: Cook County dept of Corrections

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _THE mail Room of Cook County department of Correction_

B.    Approximate date of filing lawsuit: _____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

        _____

        _____

        _____

D.    List all defendants: _____

        _____

        _____

        _____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _United States District Court_

F.    Name of judge to whom case was assigned: _JOHN W. DARRAH_

        _____

G.    Basic claim made:_____

        _____

        _____

H.    Disposition of this case (for example:  Was the case dismissed?  Was it appealed?  Is it still pending?): _____

        _____

        _____

I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I've writtening grievances inregards of the Cook County Department of Corretional Officers & mail Room. ON 5/03/07 I've written-ing grievances ON c/o Hickman (AM 7-3 pm) for refusing to pass out the mail ON 4-23-07 that the 11-7 shift (pm am) c/o Casale found the mail in the desk draw and c/o casale passed the mail out at breakfast time ON 4-24-07. ON 4-30-07 c/o DAbrawsi open my in my presence between 3:30-45. I've gotten legal mail in my pres-ence from c/o st.hak on 7/30/07 at 4:20pm. I've also gotten 2 pieces of legal mail OPEN in my presence 9/17/07 from Sgt Barton at 9:49pm. ON 11/14/07, 7-3 shift (AM pm) c/o LeDonne was suppose to present me with 2 pieces of legal mail but superintendent ANDeRSON open my legal mail at 3:45 pm. I also having problems when my family and

4

I CORNELIUS WINFREY, SWEAR UNDER PENALY OF PERJURY THAT I SERVED ALL OF THE ATTACHED DOCUMENTS
TO DANIEL   J, FAHLGREN ASSISTANT STATE'S ATTORNEY CIVIL ACTION BUREUA 500 RICHARD J, DALEY
CENTER CHICAGO, ILLINOIS   60602    (312)630-3304   #6201163

CORNELIUS WINFREY #B02797
PINCKNEYVILLE C.C.
P.O. BOX 999
PINCKNEYVILLE, ILLINOIS
62274-0999

5/13/08

friends send me mail or money orders It's returned back to the sender. I also shouldn't have to write the UNITED STATES DISTRICT COURTS, CLAIMS ADMINISTRATOR or any other legal services 2 or 3 Times. I also shouldn't have to send my legal MAIL out to my family and friends to have them to forwarded my legal mail to its proper addresses more than 3 times. My mail & legal mail should come in and go out freely through the cook county DEPARTMENT OF CORRECTIONAL CENTer without any Hassels.

5

Revised 9/2007

I CORNELIUS WINFREY, SWEAR UNDER PENALY OF PERJURY THAT I SERVED ALL OF THE ATTACHED DOCUMENTS TO DANIEL J, FAHLGREN ASSISTANT STATE'S CIVIL ACTION BUREAU  500 RICHARD J, DALEY CENTER  CHICAGO, ILLINOIS  60602    (312) 630-3304    #6201163

CORNELIUS WINFREY #B03797
PINCKNEYVILLE,C.C.
P.O. BOX 999
PINCKNEYVILLE,ILLINOIS
62279-0999

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I would like to be Compersated for the Time that Cook County Department of Correction didn't send my mail out properly.

**VI.**    The plaintiff demands that the case be tried by a jury.    ☐ YES    ☑ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 5 Th day of Dec , 20 07

*Cornelius Donald Winfrey*
(Signature of plaintiff or plaintiffs)

Cornelius Donald Winfrey
(Print name)

B03797 -
(I.D. Number)

P.O. BOX 999
Pinckneyville, Illinois
62274-0999
(Address)

Revised 9/2007

*This isn't A Request!*
*This is A Grievance !*

Part-A / Control #:_____ X _____

Referred To:_____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **Winfrey**       First Name **Cornelius**

ID #: **2006-0042615** Div.: **ONE** Living Unit: **G-1** Date: **09/18/07**

BRIEF SUMMARY OF THE COMPLAINT: I'm writting this grievance for the 3rd damm time in reg-
ards of getting my mail & legal
mail. I've grievance this sittuation once before on 7-3pm
C.O Hickman 5/02/07 who didnt want to do her Job or pass
out the mail. also on 7/6/07 I received my legal mail on the
3-11 shift C.O Schak at 4:20pm. ON 9/17/07 (7-3 shift C.O
eckins pass out mail that morning. On monday nite.
9/17/07 low side was out from 7-10pm when Sgt Barton
came to my cell's on the cat walk at 9:49pm to open
and give me 2 pieces of my legal mail in my presence.
I'm also having problems when my family send's letters
money orders and they're sent back. What is the
problem with my mail? Why is it the ~~shit~~ same shift differ-
nt days with my mail?

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: C.O Schak, Sgt Barton C. Winfrey

ACTION THAT YOU ARE REQUESTING: I would appreciate it if this committee would look
in to this matter at hand

## DETAINEE SIGNATURE:_____

C.R.W.'S SIGNATURE:_____  DATE C.R.W. RECEIVED: ____/____/____

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

I CORNELIUS WINFREY,SWEAR UNDER PENALY OF PERJURY THAT I SERVED ALL OF THE ATTACHED
DOCUMENTS TO DANIEL J, FAHLGREN ASSISTANT STATE'S CIVIL ACTION BUREAU  500 RICHARD
J, DALEY CENTER  CHICAGO, ILLINOIS  60602    (312) 630-3304    #6201163

CORNELIUS WINFREY #B03797
PINCKNEYVILLE,C.C.
P.O. BOX 999
PINCKNEYVILLE,ILLINOIS
62279-0999

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM  PROCESSED AS A REQUEST

*Please Note :*
- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

**Detainee's Last Name:** _Winfrey_  **First Name:** _Ceroline_

**ID#:** _____ **Div:** _1_ **Tier/LivingUnit:** _G1_

**Date of Request:** _9/18/07_  **Date C.R.W. Received Request:** _9/28/07_

**This request has been processed by:** _____ **C.R.W.**

**Summary of Request:**

_____

_____

_____

_____

**Response and/or Action Taken:**

_____

_____

_____

_____

_____

_____

_____

_____ _____ **Date:** _9/28/07_ **Div./Dept.** _1_
(Print- name of individual responding)    (Signature of individual responding)

( WHITE  COPY – PROG. SERV. CENTRAL OFFICE )     ( YELLOW COPY – C.R.W. WEEKLY PACK )     ( PINK COPY -- DETAINEE )

*THiS isN't A Request*
*This is A Grievance*

Part-A / Control #: _____ X _____

Referred To: **Supt. Mailroom**

☑ Processed as a request.

---

## COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

---

Detainee Last Name: **Winfrey**     First Name: **Cornelius**

ID #: **2006 - 0042615** Div.: **1** Living Unit: **G1** Date: **10/26/07**

BRIEF SUMMARY OF THE COMPLAINT: Im Writting this Grievance once again for the (3rd) third time in regards of me sending out legal mail and getting my legal mail In On Time. on 10/08/07 I've Writting in (5) five legal services & I only gotten on response Back on 10/25/07 & I also wrote the united state district court (2) twice on 10/11/07 and I havent gotten a response back from the court house in regards of a legal letter that I received from them. I've Grievanced this situation twice before, and I've asked that this matter should had been look into before. But "this still havent been resolved - no results & no avail

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: I Would like to get my mail As it ARRive

DETAINEE SIGNATURE: *Cornelius Winfrey*

C.R.W.'S SIGNATURE: Sue Norbe Lee     DATE C.R.W. RECEIVED: **11/08/07**

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: _Winfrey_      First Name: _Cornelius_

ID#: _2006 - 0042615_  Div: _1_  Tier/LivingUnit: _G1_

Date of Request: _10/26/07_      Date C.R.W. Received Request: _11/5/07_

This request has been processed by: _Soc Worker Dean_  C.R.W.

**Summary of Request:**

_Detainee would like his mail given to him as it arrives._

**Response and/or Action Taken:**

_According to Mailroom Div 1 Logbook Inmate Winfrey had received the following: 10-9-07 (Legal Just 2/ Justice) 10-10-07 (Legal) 10-17-07 (Legal District out) 10-29-07 (Legal District out) 10-30-07 (Legal District out) Mailroom delivers mail to all Divisions on the daily basis._

_Geoge Bocera_      Date: _11/14/07_ Div./Dept. _6_
(Print- name of individual responding)    (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )    ( YELLOW COPY – C.R.W. WEEKLY PACK )    ( PINK COPY – DETAINEE )

Part-A / Control #:_____ X

_Request_

Referred To: Supt Div-1

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## ~~DETAINEE GRIEVANCE~~

Detainee Last Name: **Winfrey**     First Name **Cornelius**

ID #: **2006-0040615** Div.: **One** Living Unit: **G 1** Date: **5 /02/07**

BRIEF SUMMARY OF THE COMPLAINT: On the day of 4-23-07 C-O Hickman
worked G-1 7-3 shift the low side was out. later that morning we
asked C-O Hickman about passing out the mail. she (quoted) there
were only mail for the high side. C-O Hickman still refused to pass out
the mail. 11-7 shift C-O Casale found the mail in the desk draw that C-O
Hickman didn't pass out. C-O Casale pass the mail out 4-24-07
at breakfast time. on 4/30/07 (7-3 shift) C-O Hickman worked G-1 once
again the low side was locked down that morning. C-O Hickman didn't
pass out mail until she locked up the high side at 1:15 pm. 15 minutes 2007001295
later C-O Hickman gave 1 piece of mail to detainee Virgil Robinson
when C-O Hickman started walking towards the front. I asked her
twice did you pass out all the mail? She ignore me and kept on
walking. 3-11shift   11-7 shift   2007001295
C-O Dobrowsi   C-O Casale. detainee Virgil Robinson # 8

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

I would like this matter to be fully investigated and I'm

ACTION THAT YOU ARE REQUESTING:

Waiting for a responce

**DETAINEE SIGNATURE:** Cornelius Winfrey

C.R.W.'S SIGNATURE: Soc Worker Dean     DATE C.R.W. RECEIVED: 5, 8, 02

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

I CORNELIUS WINFREY, SWEAR UNDER PENALY OF PERJURY THAT I SERVED ALL OF THE ATTACHED
DOCUMENTS TO DANIEL J. FAHLGREN ASSISTANT STATE'S CIVIL ACTION BUREAU  500 RICHARD
J. DALEY CENTER  CHICAGO, ILLINOIS  60602    (312) 630-3304    #6201163

CORNELIUS WINFREY #B03797
PINCKNEYVILLE,C.C.
P.O. BOX 999
PINCKNEYVILLE,ILLINOIS
62279-0999

Request

Part-A / Control #: _____ X

Referred To: _Supt  Div-1_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **Winfrey**          First Name **Cornelius**

ID #: **2006-0042615**  Div.: **ONE** Living Unit **G-1** Date: **5/02/07**

me NOT KNOWing thAT I didNT have ANy

BRIEF SUMMARY OF THE COMPLAINT: MAil the NexT shift.3-11C-O

DABrawsi.Let us detainees out on the low side about 3:30-45. as I was going to the day room c-o DAbrawsi calle me towards the bubble then he called me out to the enter lock to give me my legal mail. I shouldNt get my legal mail secon handed, I should have gotten it after was brought up And placed iN he or she c-o's hands. It is a federal orrence And A violation of my Right tamper or displace mail or legal maN there should Nt be any disceperioy about me getting my mail. The C.C.D.O.C. and C-o's should be more concideratet more proffessio val and responcerable about doing there jobs. please dNA let this happen again, or I'll take futher action iqainst c-o.c-o Dabraws. c-o casale detainee Virgil RobiNson 2007011279.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
3-11shift  11-7shift

I would like this matter to be fully investigated and I'm patieNtl

ACTION THAT YOU ARE REQUESTING:
waiting for a responce

DETAINEE SIGNATURE: _Cornelius Winfrey_

C.R.W.'S SIGNATURE: _Soc Worker/Cean_     DATE C.R.W. RECEIVED: _5/8/07_

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

I CORNELIUS WINFREY,SWEAR UNDER PENALY OF PERJURY THAT I SERVED ALL OF THE ATTACHED
DOCUMENTS TO DANIEL J, FAHLGREN ASSISTANT STATE'S CIVIL ACTION BUREAU   500 RICHARD
J, DALEY CENTER   CHICAGO, ILLINOIS   60602     (312) 630-3304     #6201163

CORNELIUS WINFREY #B03797
PINCKNEYVILLE,C.C.
P.O. BOX 999
PINCKNEYVILLE,ILLINOIS
62279-0999

PART – C

**C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST**

*\* Please note: When processed as a request, PART – B is not applicable. \**

Detainee's Last Name: _Winfrey_         First Name: _Cornelius_

ID#: _2006 - 0043115_  Div: _1_  Tier/LivingUnit: _G1_

Date of Request: _5 / 2 / 07_        Date C.R.W. Received Request: _5 / 8 / 07_

This Request has been processed by: _Soc Worker Ryan_  C.R.W.

*Summary of Request:*

_Detainee requesting to receive mail ASP_
_without any tampering with._

*Response and/or Action Taken:*

_W/Supt. has researched complaint and has_
_talked w/ Staff on Unit_
_Policy & Procedures_

_J. G Salazar_         -    _Soc Staff_         Date: _5/16/07_  Div./Dept. _I_
(Print- name of individual responding)    (Signature of individual responding)

I <u>CORNELIUS WINFREY</u>,SWEAR UNDER PENALY OF PERJURY THAT I SERVED ALL OF THE ATTACHED
DOCUMENTS TO DANIEL J, FAHLGREN ASSISTANT STATE'S CIVIL ACTION BUREAU  500 RICHARD
J, DALEY CENTER  CHICAGO; ILLINOIS  60602    (312) 630-3304    #6201163

CORNELIUS WINFREY #B03797
PINCKNEYVILLE,C.C.
P.O. BOX 999
PINCKNEYVILLE,ILLINOIS
62279-0999

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

_Cornelius Winfrey_
Plaintiff

v.s
_Cook County Dept. of_
_Correction Mai/Room_
Defendant(s)

**IN FORMA PAUPERIS APPLICATION**
**AND**
**FINANCIAL AFFIDAVIT**

CASE NUMBER _08CV1982_

JUDGE _John W. Darrah_

---

*Wherever □ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, _Cornelius Donald Winfrey_, declare that I am the ☒plaintiff □petitioner □movant (other_____) in the above-entitled case. This affidavit constitutes my application □ to proceed without full prepayment of fees, or ☒in support of my motion for appointment of counsel, or □ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1.  Are you currently incarcerated?    ☒Yes    □No    (If "No," go to Question 2)
    I.D. _B03797_____ Name of prison or jail _Pinckneyville C.C._
    Do you receive any payment from the institution? □Yes ☒No  Monthly amount:_____

2.  Are you currently employed?    □Yes    ☒No
    Monthly salary or wages:_____
    Name and address of employer:_____

    a.  If the answer is "No":
        Date of last employment:_____
        Monthly salary or wages:_____
        Name and address of last employer:_____

    b.  Are you married?    □Yes    ☒No
        Spouse's monthly salary or wages:_____
        Name and address of employer:_____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.  Salary or wages                                    □Yes    ☒No
        Amount_____ Received by_____

I CORNELIUS WINFREY, SWEAR UNDER PENALY OF PERJURY I SERVED ALL OF THE ATTACTHED DOCUMENTS
TO DANIEL J. FAHLGREN ASSISTANT STATE'S ATTORNEY CIVIL ACTION BUREA 500 RICHARD J. DALEY
CENTER CHICAGO, ILLINOIS 60602   (312) 630-3304   #6201163

CORNELIUS WINFREY # B08797
PINCKNEYVILLE C.C
P.O. BOX 999
PINCKNEYVILLE, ILLINOIS
62279-0999
5/13/08

b.    ☐ Business, ☐ profession or ☐ other self-employment        ☐Yes        ☒No
Amount_____ Received by_____

c.    ☐ Rent payments, ☐ interest or ☐ dividends        ☐Yes        ☒No
Amount_____ Received by_____

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                              ☐Yes        ☒No
Amount_____ Received by_____

e.    ☐ Gifts or ☐ inheritances        ☐Yes        ☒No
Amount_____ Received by_____

f.    ☐Any other sources (state source:_____)  ☐Yes        ☒No
Amount_____ Received by_____

4.    Do you or anyone else living at the same residence have more than $200 in cash or checking or
savings accounts?            ☐Yes        ☒No        Total amount:_____
In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same residence own any stocks, bonds, securities or other
financial instruments?                                        ☐Yes        ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same residence own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?        ☐Yes        ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.    Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
                                                                              ☐Yes        ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.    List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support.  If none, check here ☐No dependents
_____
_____

I CORNELIUS WINFREY SWEAR UNDER PENALTY OF PERJURY THAT I SERVED ALL COPIES
OF THE ATTACHED DOCUMENTS TO DANIEL  J,FAHLGREN ASSISTANT STATE'S ATTORNEY
CIVIL ACTIONS BUREAU  500 RICHARD J.DALEY CENTER  CHICAGO  60600
                    (312)603-3304      #6201163

CORNELIUS  WINFREY B03797
PINCKNEYVILLE C.C
P.O BOX 999
PINCKEYVILLE  ILLINOIS
62274-0999

5/13/08

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 5/6/08

_Winfrey, Cornelius_
Signature of Applicant

_Winfrey, Cornelius_
(Print Name)

-------------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, __Cornelius Winfrey__ I.D.# __B03797__, has the sum of $__390.12__ on account to his/her credit at (name of institution) __Pinckneyville C.C.__. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $__97.53__. (Add all deposits from all sources and then divide by number of months).

__4.30.08__
DATE

_Lisa Flowers_
SIGNATURE OF AUTHORIZED OFFICER

__Lisa Flowers - Business Administrator__
(Print name)

Cornelius Winfrey B03797
Pinckneyville, C.C
R2-A-28
Pinckneyville, Illinois
62274-0999

rev 10/10/2007

-3-

I CORNELIUS WINFREY,SWEAR UNDER PENALY OF PERJURY I SERVED ALL OF THE ATTACTHED DOCUMENTS
TO DANIEL J, FAHLGREN ASSISTANT STATE'S ATTORNEY CIVIL ACTION BUREA 5000RICHARD J, DALEY
CENTER CHICAGO,ILLINOIS 60602    (312) 630-3304    #6201163

CORNELIUS WINFREY # B08797
PINCKNEYVILLE C.C
P.O. BOX 999
PINCKNEYVILLE,ILLINOIS
62279-0999
5/6/08

**Trust Fund**

Inmate Transaction Statement

2/16/2008 to 4/16/2008

Inmate: B03797 Winfrey, Cornellus                    Housing Unit: PNK-R2-A -28

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | **Beginning Balance:** | | 34.94 |
| 02/18/08 | Payroll | 20 Payroll Adjustment | 049175 | | P/R month of 01/2008 | 6.26 | 41.20 |
| 02/19/08 | Disbursements | 84 Library | 050341 | Chk #52155 | 224577, DOC: 523 Fund Library, Inv. Date: 02/14/2008 | -1.50 | 39.70 |
| 02/26/08 | Mail Room | 01 MO/Checks (Not Held) | 057268 | R101243131033 | Hall, J | 20.00 | 59.70 |
| 02/26/08 | Point of Sale | 60 Commissary | 057746 | 409347 | Commissary | -20.26 | 39.44 |
| 03/03/08 | Mail Room | 01 MO/Checks (Not Held) | 063268 | 692496 | Macklin, Margaret | 10.00 | 49.44 |
| 03/06/08 | Point of Sale | 60 Commissary | 066746 | 410694 | Commissary | -15.56 | 33.88 |
| 03/10/08 | Mail Room | 01 MO/Checks (Not Held) | 070268 | 08718936314 | Winfrey, Marie | 20.00 | 53.88 |
| 03/12/08 | Point of Sale | 60 Commissary | 072724 | 411439 | Commissary | -19.74 | 34.14 |
| 03/14/08 | Mail Room | 01 MO/Checks (Not Held) | 074268 | 1056158 | Cook County | 200.00 | 234.14 |
| 03/14/08 | Payroll | 20 Payroll Adjustment | 074175 | | P/R month of 02/2008 | 6.46 | 240.60 |
| 03/17/08 | Disbursements | 84 Library | 077341 | Chk #52373 | 224813, DOC: 523 Fund Library, Inv. Date: 03/14/2008 | -.20 | 240.40 |
| 03/17/08 | Disbursements | 84 Library | 077341 | Chk #52373 | 224809, DOC: 523 Fund Library, Inv. Date: 03/14/2008 | -.80 | 239.60 |
| 03/17/08 | Disbursements | 80 Postage | 077341 | Chk #52392 | 224835, IBF Postage,      Inv. Date: 03/17/2008 | -.17 | 239.43 |
| 03/17/08 | Disbursements | 81 Legal Postage | 077341 | Chk #52392 | 224834, IBF Postage, Inv. Date: 03/17/2008 | -.17 | 239.26 |
| 03/25/08 | Point of Sale | 60 Commissary | 085724 | 412990 | Commissary | -225.08 | 14.18 |
| 04/04/08 | Mail Room | 01 MO/Checks (Not Held) | 095268 | R101446119137 | Winfrey, Thretha | 20.00 | 34.18 |
| 04/07/08 | Mail Room | 01 MO/Checks (Not Held) | 098268 | 08718636590 | Winfrey, Marie | 20.00 | 54.18 |
| 04/11/08 | Payroll | 20 Payroll Adjustment | 102175 | | P/R month of 03/2008 | 10.00 | 64.18 |
| 04/11/08 | Mail Room | 01 MO/Checks (Not Held) | 102268 | 08718935984 | lwnfrey, Marie | 20.00 | 84.18 |

|  |  |
|---|---|
| **Total Inmate Funds:** | 84.18 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 6.34 |
| **Funds Available:** | 77.84 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|--------------|----------------|------|-------------|--------|--------|
| 03/18/2008 | 224855 | Disb | Legal Postage-personal property | 4321 CIBF Postage | $1.64 |
| 03/26/2008 | 224905 | Disb | Legal Postage | 4321 CIBF Postage | $0.97 |
| 03/26/2008 | 224910 | Disb | Legal Postage | 4321 CIBF Postage | $1.99 |
| 03/31/2008 | 224974 | Disb | Library copies | 2 DOC: 523 Fund Library | $0.50 |
| 04/09/2008 | 225029 | Disb | Legal Postage | 4321 CIBF Postage | $1.14 |
| 04/10/2008 | 225042 | Disb | Library-legal copies | 2 DOC: 523 Fund Library | $0.10 |
| | | | | **Total Restrictions:** | **$6.34** |

I CORNELIUS WINFREY SWEAR UNDER PENALY OF PERJURY I SERVED ALL THE ATTACHED DOCUMENTS TO
DANIEL J,FAHLGREN ASSISTANT STATE'S ATTORNEY CIVIL ACTION BUREAU.500 RICHARD J,DALEY CENTER
CHICAGO,ILLINOIS 60602 (312) 630-3304   #6201163

CORNELIUS WINFREY #B03797
PINCKNEYVILLE C.C.
P.O. BOX 999
PINCKNEYVILLE,ILLINOIS
62274-0999

5/13/08



# THE CHICAGO BAR ASSOCIATION

321 South Plymouth Court
Chicago, Illinois 60604-3923
Tel (312) 554-2000
Fax (312) 554-2054
www.chicagobar.org

*I wrote them*
*10/18/07*
*I received this*
*11/25/05*

**OFFICERS**

Victor P. Henderson
PRESIDENT

Hon. E. Kenneth Wright, Jr.
FIRST VICE PRESIDENT

Anita M. Alvarez
SECOND VICE PRESIDENT

Aurora N. Abella-Austriaco
SECRETARY

Terri L. Mascherin
TREASURER

Steven F. Pflaum
GENERAL COUNSEL

October 22, 2007

Mr. Cornelius Winfrey #20060042615
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Winfrey:

I received your letter requesting legal advice for your case. I'm sorry, but The Chicago Bar Association does not provide this service. For free or low-cost legal assistance, you should contact:

|                                  |     |                                  |
| :------------------------------: | :-: | :------------------------------: |
| CARPLS                           |     | Cabrini Green Legal Aid Clinic   |
| 17 N. State St., Suite 1850      |     | 206 W. Division St.              |
| Chicago, IL 60602                | OR  | Chicago, IL 60610                |
| (312) 738-9200                   |     | (312) 266-1345                   |

Sincerely,

Michael P. Walsh
Staff Representative
Committee on Professional Fees
Chicago Bar Association

**BOARD OF MANAGERS:** Kevin P. Durkin • William B. Oberts • Karen A. Clanton • Hon. David H. Coar • Hon. Susan E. Cox • J. Timothy Eaton • Ian H. Fisher • Hon. James F. Henry • Charls A. Runnels • Gregory Paul Vazquez • Carolyn D. Amadon • Carolyn H. Clift • William F. Conlon • Maurice Grant • Hon. Thomas L. Hogan • Patricia Brown Holmes • Robert A. Merrick, Jr. • Susan A. Pipal

Terrence M. Murphy, Executive Director
Benjamin M. Manaloto, Controller

I CORNELIUS WINFREY, SWEAR UNDER PENALTY OF PERJURY THAT I SERVED ALL COPIES
OF THE ATTACHED DOCUMENTS TO DANIEL J. FAHLGREN ASSISTANT STATE"S ATTORNEY
CIVIL ACTIONS BUREAU 500 RICHARD J. DALEY CENTER CHICAGO 60602,(312)603-3304 #6201163

CORNELIUS WINFREY B03797
   PINCKNEYVILLE C.C
   P.O BOX 999
   PINCKNEYVILLE,ILLINOIS
     62274-0999

5/6/08



**Cabrini Green Legal Aid Clinic**

206 West Division Street • Chicago, Illinois 60610 • (312) 266-1345
Fax: (312) 266-7417

*I received this*
*11/20/07*
*11/14/07*
*I wrote them*

November 15, 2007

Dear Mr. Winfrey:

I am writing you in regards to a letter we received from you this past
week.  Unfortunately we will not be able to assist you with the law
suit portion of your case, since we do not practice that area of law.  I
have also taken the time to review your status at the Cook County Jail,
and I notice your case is still pending.  The next court date is December
7, 2007.  CGLA does handle criminal defense law, and if you are inter-
ested in receiving assistance for that matter, you may have a family
member come down and fill out a jail intake form.  If they choose to
come, they need to know your full name, city address, jail ID number,
birthdate, social security number and your division number.  This enables
CGLA to do a background check.  If we come out to interview you, we
need to make sure you do not have more than two convictions on your
background.  There will also be a twenty dollar intake fee if you pass the
background check.

I am also giving you a referral for the lawsuit portion of your case.  You
may contact <u>Citizens Alert</u> at (312) 223-1802, address is 203 North
Wabash Avenue, Suite 711, Chicago, IL 60601.  Then there is help from
The <u>Legal Assistance Foundation</u>, the phone number is (312) 341-1070;
address is 111 West Jackson Boulevard, 3rd Floor, Chicago, IL 60604.
I hope I have been helpful and I wish you the best.  God bless.

Sincerely,

Cabrini Green Legal Aid Services

I CORNELIUS WINFREY **SWEAR UNDER PENALTY OF PERJURY THAT I SERVED ALL COPIES**
**OF THE ATTACHED DOCUMENTS** TO DANIEL J. FAHLGREN ASSISTANT STATE"S ATTORNEY
CIVIL ACTIONS BUREAU 500 RICHARD J. DALEY CENTER CHICAGO 60602, (312)603-3304 #6201163

CORNELIUS WINFREY B03797
  PINCKNEYVILLE C.C
  P.O BOX 999
  PINCKNEYVILLE,ILLINOIS
    62274-0999



C·A·R·P·L·S
*coordinated advice & referral program for legal services*

*I recceved this*
*11/26/07*

November 15, 2007

**LEGAL MAIL**
Cornelius Winfrey
#20060042615
Dept. of Cook County Jail
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Winfrey:

     Thank you for your recent letter to CARPLS seeking legal assistance. CARPLS is a legal aid telephone hotline, and we give legal advice and referrals to low-income residents of Cook County over the phone. We cannot respond to questions by mail, and we also do not represent people directly in court. We are here to help low income people who either reside in Cook County or whose legal problem is in Cook County.

     You indicated that you have civil cases that you are trying to pursue. Unfortunately, for cases concerning treatment while in pre-trial detention, it is generally private attorneys who take on such cases, not the free legal aid clinics in Cook County. You might want to try and find a private attorney to review the matter for you, such as through the Chicago Bar Association, seeking a civil rights attorney.

     If you would like to talk to one of our staff attorneys, please call or have someone call on your behalf to our hotline number (312-738-9200) for assistance, M, T, Th and F from 9-4:30, or W from 9-7:30. I wish you all the best.

Sincerely,

Patricia A. Wrona
Director of
Legal Services

I CORNELIUS WINFREY, SWEAR UNDER PENALTY OF PERJURY THAT I SERVED ALL COPIES
OF THE ATTACHED DOCUMENTS TO DANIEL J. FAHLGREN ASSISTANT STATE"S ATTORNEY
CIVIL ACTIONS BUREAU 500 RICHARD J. DALEY CENTER CHICAGO 60602,(312)603-3304 #6201163

*Cornelius Winfrey*
CORNELIUS WINFREY B03797
PINCKNEYVILLE C.C
P.O BOX 999
PINCKNEYVILLE,ILLINOIS
62274-0999
5/6/08



VICE PRESIDENT
Stephen D. Libowsky
Heeney LLP
SECRETARY
Maureen A. Mosh
Northern Trust
TREASURER
James A. Rolfes
Reed Smith LLP

**BOARD OF DIRECTORS**
*The Officers And*
Myles D. Berman
Foley & Lardner LLP
Barbara B. Bressler
DePaul University College of Law
Colleen Connell
Roger Baldwin Foundation ACLU
Thomas R. Dex
Winkler, Price, Raufinan & Komenberg, P.C.
David Diamond
Northwestern University School of Law
Arthur Don
Seyfarth Shaw LLP
Thomas B. Dorris
Francis Beidler Foundation
David T. Erie
Kirkland & Ellis LLP
Scott B. Feder
Lord, Bissell & Brook LLP
Paul J. Gaynor
Office of the Illinois Attorney General
David B. Goroff
Foley & Lardner LLP
Adam E. Gross
Business and Professional People
for the Public Interest
Richard J. Hess
Legal Assistance Foundation of Metro Chicago
Donald B. Hilliker
McDermott Will & Emery LLP
Anthony G. Hopp
Wildman Harrold, Allen & Dixon LLP
Christopher J. Horsch
Shorebank Corporation
Michael J. Koenigsknecht
Michael J. Koenigsknecht & Associates LLC
Bradley G. Lane
Bradley G. Lane
Brinks Hofer Gilson & Lione
Gary Laser
Chicago-Kent College of Law
Erin McCloskey Maus
Baker & McKenzie LLP
Mark S. Mellickian
Drinker Biddle & Reath LLP
Clyde E. Murphy
Chicago Lawyers' Committee
for Civil Rights Under Law
Jennifer T. Nijman
Winston & Strawn LLP
Terrence A. Norton
Sonnenschein Nath & Rosenthal LLP
Mary Ann O'Connor
JPMorgan Chase & Co.
Richard F. O'Malley, Jr.
Sidley Austin LLP
J. Damian Ortiz
John Marshall Law School
Roger Pascal
Schiff Hardin LLP
George T. Plumb
DLA Piper US LLP
Nancy J. Rich
Katten Muchin Rosenman LLP
Lee Ann Russo
Jones Day
Eric A. Sacks
Jenner & Block LLP
Kaarina Salovaara
U.S. Department of Justice
Edward V. Sommer
Chapman and Cutler LLP
Nikki Will Stein
Polk Bros. Foundation
Julie A. Tappendorf
Holland & Knight LLP
Allen P. Walker
Greene and Letts
Benjamin C. Weinberg
Office of the Illinois Attorney General
Joseph N. Wharton
Skadden, Arps, Slate, Meagher & Flom LLP

**LIFE DIRECTORS**
John E. Clay
Nancy Pelton Elkins
Jerome Gilson
Dolores K. Hanna
Rosalyn C. Lieb
Jay A. Miller
Thomas H. Morsch

**INTERN/FELLOW REPRESENTATIVES**
Patrick C. Gallagher, 2007 Fellow
J'Antae D. Hall, 2006 Fellow
Jill E. Roberts, 2007 Intern
Cathy Yu, 2006 Intern

**EXECUTIVE DIRECTOR**
Susan J. Curry

**PILI** LAW INITIATIVE®

10/18/07
11/14/07
I received this
11/21/07

November 19, 2007

Mr. Cornelius Winfrey
#20060042615
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Winfrey,

We received your recent letter requesting legal services from the Public Interest Law Initiative (PILI). Although PILI does not provide direct legal services, we are including a resource brochure entitled *"Where to Go for Legal Assistance in or Around Chicago."* Depending on your legal needs, we are hopeful that some of these outstanding local legal service agencies may be able to assist you.

We wish you the best of luck.

Sincerely,

Public Interest Law Initiative

I, CORNELIUS WINFREY, SWEAR UNDER PENALTY OF PERJURY THAT I SERVED ALL COPIES OF THE ATTACHED DOCUMENTS TO DANIEL J. FAHLGREN ASSISTANT STATE"S ATTORNEY CIVIL ACTIONS BUREAU 500 RICHARD J. DALEY CENTER CHICAGO 60602,(312)603-3304 #6201163

CORNELIUS WINFREY B03797
PINCKNEYVILLE C.C
P.O BOX 999
PINCKNEYVILLE,ILLINOIS
62274-0999

5/13/08

1/17/08

Dear Social Worker Dean
I'm writting you in regards of
the last (2) incerdents that occured
While I was in Divission (1) G-1 Cell#8.
at Cook County Dept of Corrections
When I slipped & fall down in the
shower & the shower area and
hurted my back in May of 2007
and I repeatedly asked you Social
Worker Dean to give the names
of the Building Maintenace Engineers
Supervisiors names & Maintenace Crew
Maintains Division (1) one and you didnt
to Cooperate, nor did you try to
help in the matter, and everytime
I see you ignore me, give me the
run arounds & the spin move,
When I asked you to give the names
of mail room Supervisior & Mailroom
Handlers and to this day it
still no avail. Social Worker
Dean Would you please Write
me back here at Carnelius Winkey
B03797 P.O. Box 999 Pinckneyville
C.C. Pinckneyville Illinois
62274-0999

1-17-08

thankyou

I CORNELIUS WINFREY,SWEAR UNDER PENALY OF PERJURY THAT I SERVED ALL OF THE ATTACHED
DOCUMENTS TO DANIEL J, FAHLGREN ASSISTANT STATE'S CIVIL ACTION BUREAU   500 RICHARD
J, DALEY CENTER   CHICAGO, ILLINOIS   60602    (312) 630-3304    #6201163

CORNELIUS WINFREY #B03797
PINCKNEYVILLE,C.C.
P.O. BOX 999
PINCKNEYVILLE,ILLINOIS
62279-0999

5/13/08

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Plaintiff(s)  CORNELIUS. D. WINFREY

Defendant(s)  V.S  COOK COUNTY dept of
CORRECTIONS MAIl ROOM

Case Number: O8CV1982

Judge: John W. DARRAH

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, _CORNELIUS D. Winfrey_ ,declare that I am the (check appropriate box)
   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford
   the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court
   in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court
   in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding
   detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and
   it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding.
   However, my financial status has changed and I have attached an Amended Application to Proceed *In
   Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Cornelius Winfrey
Movant's Signature

MAY/13, 2008
Date

P.O. BOX 999 Pinckneyville C.C.
Street Address

Pinckneyville, Illinois 62274
City, State, ZIP

X 2

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| | |
|---|---|
| Assigned Judge: JohN W. DARRAH | Case Number: 07C4354 |
| Case Title: CERMAK HEAlth SERViCES Cook CouNty dept of CorRectioNs & ADmiNistRation | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ⊠ | |

| | |
|---|---|
| Assigned Judge: JohN W. DARRAH | Case Number: 07C3255 |
| Case Title: CERMAK HEAlth SERViCES CoOk CouNty dept OF CorRectioNs | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ⊠ | |

| | |
|---|---|
| Assigned Judge: JohN W. DARRAH | Case Number: 07C3256 |
| Case Title: Cook CouNty dept of CorRectioNs maiNteNaNce Dept | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ⊠ | |

| | |
|---|---|
| Assigned Judge: _____ | Case Number: _____ |
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |

X 4

**RETURNED**

MAR 2 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CORNELIUS DONALD WINFREY #B03797          )
                                          )
        PLAINTIFF                         )
                                          )          HONORABLE
            VS.                           )          JOHN W. DARRAH
                                          )
COOK COUNTY DEPT. OF CORRECTIONS          )          08C 1982
                                          )
        MAIL ROOM HANDLERS                )
                                          )
        DEFENDANTS                        )
                                          )

MOTION TO COMPEL DISCOVERY TO AVOID PROCEDVAL DEFULT

NOW COMES, PLAINTIFF CORNELIUS WINFREY, PROSE, MOVING THIS HONORABLE COURT TO
COMPEL DEFENDANT'S TO RETURN NAMES OF APPLICABLE DEFENDANT RELEVANT TO THESE
INSTANT PROCEEDING TO AVOID A (ANY) PROCEDURAL DEFAULT WHERE SUCH KNOWLEDGE
AND INFORMATION IS WITHIN THEIR POSSESSION AND WITHOUT WHICH PLAINTIFF WILL
BE PREJIDICED IN SUPPORT THEREOF PLAINTIFF STATES AS FOLLOWS ;

1   plaintiff is presently enbroilded in controversy in his attempts to demonstrate
    that defenants at all times relevant, knew of the substantial risk, and took no
    action to prevent his substantial injury by corrective process.

2   Plaintiff maintains that on ( JAN 17, 2008 ), Communcation letter was directed
    to the county corrections, Division, C/O  Both director of division one (1)
    or desegnate and social worker dean, At 2600 so California Chicago Illinois
    60608, In accordance with appicable local rule 3.3 et, seq of united states
    District court, Northeastern Division Illinois, Requesting completeion and
    production of certain documents.

3   A copy of said letter are hereby attached as, Exhebits (A) and (B), and
    Incorporated herein.

4   Plaintiff remains without a (any) response whatsoever regarding answer
    to questions from both directors of division one (1) County jail or social worker
    Dean, And will be irreparably prejudiced W/O this request for compliance
    with requested information that is part of their daily records at jail.

(1)

5 Plaintiff cites as authority for this requset both federal R. Criminal proc,

Rule 16, Citing BRADY V. MARYLAND

373 US. 83, 10. 1. ed 2d 215, 83 s.  ( CT 1194) (1963) And it's progenies

for proposition against withholding by state of exculpatory' Documents

and respectfully moves for this honorable court issue & direct that an order

compelling production of mail room supervisor and the mail room handelers,

Division one (1) Cook County department of corrections,

Forthwith.

WHEREFORE BASED ON THE FOREGOING IT IS ORDERED THAT THE REQUEST FOR THE

NAMES OR THE IDENTITY OF ADDITIONALS DEFENDANTS BE RETURNED TO PLAINTIFF

AT HIS PRISON ADDRESS .

Cornelius Winfrey

Reg # B-03797

PO. BOX 999

Pinckneyville Illinois    62274

Order Form (01/2005)

MHW

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 3256 | 2/19/08 **DATE** | 2-19-08 |
| **CASE TITLE** | Cornelius Winfrey (B-03797) v. CDCC Maintenance Services | | |

**DOCKET ENTRY TEXT:**

Plaintiff Cornelius Winfrey's letter requesting a copy of this Court's order and an *in forma pauperis* application [6] is construed as a motion for extension of time. The Court grants the motion. Plaintiff is given a final extension until 21 days from the date of this order to comply with the Court's August 13, 2007 order [3] directing him to provide this Court with a completed *in forma pauperis* application and an amended complaint naming suable parties as defendants. This is a final extension. Failure to comply with this order will result in a dismissal of this case. The clerk of this Court shall again forward to Plaintiff at his current location at the Pinckneyville Correctional Center, an *in forma pauperis* application, and a copy of the August 13, 2007 order [3], along with a copy a copy of this order.

■ [For further details see text below.] *I received This 2-25-08*     Docketing to mail notices.



isk

Page 1 of 1

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
PRISONER CORRESPONDENCE
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

I got this late
9/17/07 9:49 pm
C.O. Perkins
worked G-1

7-3 shift

LEGAL MAIL CONFIDENTIAL
PRESENCE OF INMATE

9/17/07   Sgt. Bearton give me
this letter at 9:45 pm
9/17/07

Cornelius Winfrey
#2006-0042615
P.O. Box 089002
Chicago, IL 60608

neopost"

049J82032773
$00.41⁰
Mailed From 60604
09/13/2007
US POSTAGE



9/18/07   Cornelius D Winfrey
#2006-0042615
P.O. Box 089002
Chicago, IL  60608 C-O

OFFICE OF
**CLERK OF THE U.S. DISTRICT COURT**
PRISONER CORRESPONDENCE
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

LEGAL MAIL - OPEN IN
PRESENCE OF INMATE



I got this late
9/7/07 9:49 PM
7-3  C.O. Perkins
Shift worked Q-1
LEGAL MAIL - OPEN IN
PRESENCE OF INMATE  9/17/07
Sgt. barton give me this 9:49PM

9/17/07

Sgt. barton
this letter c 9/17/07

Cornelius Winfrey
#2006-0042615
P.O. Box 089002
Chicago, IL 60608

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
PRISONER CORRESPONDENCE
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

C. O. LeDONNE wAS

7-3

11/14/07

Suppose to give this
to me bet Supt
ANderSoN opeN
iN my PreSeNce
At 3:45 11/14/07
I weNt to div S
INtake for A psyc
Evaluation. + pasted

1 G1

Cornelius Winfrey
#2006-0042615
P.O. Box 089002
Chicago, IL  60608

$01.650

LEGAL MAIL - OPEN IN
PRESENCE OF INMATE